# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARVIN WILLIAM GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-00634-LSC-SGC |
| ) | |
| COMMISSIONER JEFFERSON ) | |
| DUNN and JIMMY KILGORE, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on February 9, 2016, recommending this action be dismissed without prejudice for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 8). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days (*see* Docs. 8 & 10), the plaintiff has not filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** AND **ORDERED** ON APRIL 6, 2016.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704